No. 859. BORRÁS v. BORRÁS ET AL.—Apelación procedente de la Corte de Distrito de Ponce. Moción desistiendo de la apelación. Resuelto en mayo 20, 1912. Desistida la apelación a instancia del apelante. Abogado de apelante: *Sr. Luis Mendín*. Abogado de los apelados: *Sr. José A. Poventud.*

No. 244. EX PARTE MARTÍNEZ.—Moción solicitando la aprobación de la fianza notarial prestada por la National Surety Company en mayo 14, 1912. Resuelto en mayo 20, 1912. Aprobada la fianza. El peticionario compareció en nombre propio.

No. 796. JESÚS v. SUCESIÓN VILLAMIL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Resuelto en mayo 22, 1912. Confirmada la sentencia apelada por los fundamentos de la opinión de este tribunal emitida en el caso No. 779, *Jesús* v. *Sucesión Villamil*, resuelto en mayo 22, 1912. Abogados del apelante: *Sres. Augusto Malaret y José G. Torres*. Abogados del apelado: *Sres. Bosch y Soto.*

No. 432. EL PUEBLO v. GONZÁLEZ, JR.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en mayo 22, 1912. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Alfredo Arnaldo*. Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*

No. 433. EL PUEBLO v. MAUNÉ.—Apelación procedente de la Corte de Distrito de Humacao. Resuelto en mayo 22, 1912. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Francisco González*. Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*